■ In the Matter of G. KAYE HOLDEN, Appellant, v DANIEL W. JOY, as Commissioner of the Department of Rent and Housing Maintenance, Rent Control Division, Respondent. — Judgment, Supreme Court, New York County (Andrew Tyler, J.), entered on November 10, 1982, unanimously affirmed, without costs and without disbursements. The appeal from the order

of said court entered on August 11, 1982 is dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Sullivan, Silverman, Fein and Kassal, JJ.